UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
VASILAKIS PANAYIOTO, on behalf of himself
and other Employees similarly situated,

                Plaintiff,

-v-

DANICA GROUP, LLC, DANICA PLUMBING
& HEATING, LLC, DANICA PLUMBING &
HEATING CORP., COPPER HEATING &
PLUMBING, LLC, COPPER II HEATING &
PLUMBING, LLC; COPPER III HEATING &
PLUMBING, LLC, COPPER IV HEATING &
PLUMBING, LLC, STELLAR MECHANICAL
SERVICES OF NEW YORK, INC., STELLAR
MECHANICAL SERVICES OF N.Y., LLC, II,
STELLAR MECHANICAL CORP., JOHN DOE
1-10 (fictitiously named public or private
corporations and/or individuals),

                Defendants.
---------------------------------------------------------------X

Docket No. 13-CV-3111 (FB)(VMS)

**NOTICE OF MOTION**

**PLEASE TAKE NOTICE** that upon the Declaration of Ronald S. Tobia and annexed exhibits and memorandum of law in support, the undersigned shall move this Court, at the United States Courthouse for the Eastern District of New York, located at 225 Cadman Plaza East, Brooklyn, New York 11201, before the Honorable Frederic Block, on March 2, 2017, at 11:00 a.m. for an Order granting approval of the settlement of this action and such other relief the Court sees fit.

Dated: Harrison, New Jersey
       February 27, 2017

                                              **TOBIA & SORGER ESQS., LLC**
                                              *Class Counsel*

                                              By: Ronald L. Tobia, Esq.
                                              500 Supor Boulevard
                                              Harrison, New Jersey 07029
                                              (973) 746-6000

TO:   **HOLLANDER LAW GROUP, PLLC**
*Attorneys for Defendants*
40 Cutter Mill Road, Ste. 203
Great Neck, New York 11021
(516) 498-1000

G:\1069-144\Panayioto\Notice of Motion Final Approval.doc