# EXHIBIT "C"

RONALD L. TOBIA, ESQ.
TOBIA & SORGER ESQS., LLC
500 SUPOR BOULEVARD
HARRISON, NEW JERSEY 07029
(973) 746-6000

## CLAIM FORM AND RELEASE

*THIS FORM MUST BE MAILED TO CLASS COUNSEL POSTMARKED BY* _____ *[60 DAYS FROM MAILING DATE]*.

I understand that this lawsuit is being brought under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. § 201, et seq. ("FLSA") and New York state law. I hereby consent and agree to join the case of *Panayioto v. Danica Group, LLC et al.,* Docket No. 13-CV-3111 (FB)(VMS). I consent and agree to be bound by any adjudication of this action by the Court. I further agree to be bound by the class action settlement herein approved by my attorneys and approved by this Court as fair, adequate, and reasonable. I hereby designate the law firm of Tobia & Sorger Esqs., LLC to represent me in this action.

    My signature below constitutes a full and complete release and discharge of Defendants, their present and former owners, stockholders, predecessors, successors, assigns, agents, directors, officers, employees, representatives, insurers, attorneys, parents, subsidiaries, affiliates, benefit plans, plan fiduciaries, and all persons acting by, through, under or in concert with any of them ("Releasees") by me and by my respective heirs, beneficiaries, devisees, legatees, executors, administrators, trustees, conservators, guardians, personal representatives, successors-in-interest, and assigns, from any and all wage and hour claims, demands, rights, liabilities, expenses, and losses of any kind, that I have, had, or might have had against Releasees based on any act or omission that occurred at any time up to and including November 16, 2016 related to any of the facts or claims alleged in this Litigation, even if presently unknown and/or un-asserted, including but not limited to: The Fair Labor Standards Act of 1938 ("FLSA"), 29 U.S.C. § 201, *et. seq.* and the wage and hour laws and regulations of the state of New York, including, the New York Labor Law Article 6 and 19, and all derivative benefit claims (both ERISA and non-ERISA benefits) interest on such claims, and attorneys' fees, expenses and costs in exchange for a proportionate share of the Total Gross Settlement Payment based on the number of hours worked during the period from April 4, 2008 through April 4, 2011.

    I declare under penalty of perjury that the above information is correct.

_____          _____
Named (print)                                                                 Signature

_____
Mailing Address

_____
Date