# EXHIBIT "D"

| Last Name | First Name | Total Wages Due |
|---|---|---|
| Al-Jahmi | Adel | 3,625.00 |
| Dominguez | Uriel | 3,625.00 |
| Marte | Juan | 3,625.00 |
| Medina | Anthony | 3,625.00 |
| Merpeza | Rasim | 3,625.00 |
| Michaelides | Ioannis | 3,625.00 |
| Miksa | Henryk | 3,625.00 |
| Miksa | Lukasz | 3,625.00 |
| Morales | Mario | 3,625.00 |
| Moreno | Julian | 3,625.00 |
| Murray | Ronald | 3,625.00 |
| Neverson | Fitzroy | 3,625.00 |
| Nunez | Julio Rodolfo | 3,625.00 |
| Nunez | Delmo | 3,625.00 |
| Panayioto | Vasilakis | 3,120.00 |
| Passie | Winston | 3,625.00 |
| Petrakis | Georgios | 3,625.00 |
| Philgence | Lucius | 3,625.00 |
| Porfyris | Petros | 3,625.00 |
| Rivas | Maximo | 3,625.00 |
| Rochez | Mike | 3,625.00 |
| Rodney | Omar | 3,625.00 |
| Rosario | Alfonso | 3,625.00 |
| Sacarello | Stanley | 3,625.00 |
| Salah | Algahmi | 3,625.00 |
| Saldana | Geovanny | 3,625.00 |
| San Filippo | Nicholas | 3,625.00 |
| Sandoval | Jose | 3,625.00 |
| Sandy | Jason | 3,625.00 |
| Smith | Sherban | 3,625.00 |
| Stephen Sr. | Joseph | 3,625.00 |
| Vlahos | Panagiotis | 3,625.00 |
| Warren | Everton | 3,625.00 |
| Yunga | Wilson | 3,625.00 |
| Zambrano | William | 3,625.00 |
| Zeppos | Nikolaos | 3,625.00 |
| TOTAL | | $130,000.00 |