# EXHIBIT "E"



LAW OFFICES

# TOBIA & SORGER ESQS., LLC

A Limited Liability Corporation of Lawyers

500 Supor Boulevard
Harrison, New Jersey 07029

1-973-746-6000
Fax: 1-973-509-1578
HTTP://WWW.TOBIASORGER.COM/

RONALD L. TOBIA •▲
EMAIL: RTOBIA@TOBIASORGER.COM

JILL TOBIA SORGER •▲■
EMAIL: JSORGER@TOBIASORGER.COM

MICHAEL A. DeMARCO •
EMAIL: MDEMARCO@TOBIASORGER.COM

BAR AFFILIATIONS
NJ BAR •
FLA BAR ▲
NY BAR ■

TRENTON OFFICE
172 W. STATE STREET
P.O. BOX 2041
TRENTON, NJ 08607
609-393-1442
609-393-1990 FAX

FLORIDA OFFICE
4302 Hollywood Boulevard
Suite 171
HOLLYWOOD, FL 33021
973-746-6000



# TOBIA & SORGER ESQS., LLC

Ronald L. Tobia, Esq. and his daughter, Jill Tobia Sorger, Esq., established the firm of TOBIA & SORGER ESQS., LLC, specializing in management labor relations and construction law. Prior to forming Tobia & Sorger Esqs., LLC, Mr. Tobia practiced labor relations law for thirty-six (36) years with Schwartz, Tobia & Stanziale, a firm he and his partners organized in 1971. Ms. Sorger also practiced labor relations law at Schwartz, Tobia & Stanziale for thirteen (13) years prior to the establishment of the new firm.

The attorneys of TOBIA & SORGER ESQS., LLC have a combined total of over sixty-two (62) years of experience in representing both large and small employers, in New Jersey as well as in Florida, in all stages of development, from newly established businesses to large public companies and New Jersey State Authorities.

Mr. Tobia served for fifteen (15) years as Special Labor Counsel and Special Litigation Counsel to the New Jersey Turnpike Authority (from 1991 to 2006) and for five (5) years to the Delaware River Joint Toll Bridge Commission (from 1999 to 2004), and for ten (10) years to Fisher Island Florida Community Association (from 1999 to 2009). Mr. Tobia also served as Special Labor Counsel to the Associated General Contractors of New Jersey (from 2000 to 2003) and currently serves as Special Labor Counsel to the Utility and Transportation Contractors Association of New Jersey (since 1978), a position he has held for over thirty (30) years). In addition, Mr. Tobia has extensive experience in the representation of Taft/Hartley Funds. Since 1972, he has continuously served as management trustee counsel to the Multiskilled Funds and also currently represents I.B.E.W. Local 164 Funds as the management counsel.

In representing his clients, Mr. Tobia has successfully negotiated collective bargaining agreements with almost every major trade union in the State of New Jersey. Mr. Tobia brings to the bargaining table extensive experience in management labor relations in both the public and private sectors. Mr. Tobia handles all types of litigation, including NLRB and PERC proceedings, strikes and picketing, federal and state labor, discrimination and harassment litigation, contract negotiations, administration and arbitrations. He also has considerable expertise in the construction industry. Because of his broad experience in the management-labor relations area, Mr. Tobia is frequently called upon by trade organizations to conduct seminars on labor relations issues.



TOBIA & SORGER ESQS., LLC represents private and public sector Employers in all aspects of Employer-Employee/Union and Non-Union Relations:

- Negotiation and Administration of Collective Bargaining Agreements;
- National Labor Relations Board and Public Employment Relations Commission proceedings;
- Arbitration and Mediation proceedings before the NJ State Board of Mediation, the American Arbitration Association, and other entities;
- Taft-Hartley Fund Matters;
- Federal District Court Litigation in New Jersey, New York, and Florida;
- Drafting and Administration of Employment Policies, Manuals and Agreements;
- Prevailing Wage Rate and Wage & Hour matters before the U.S. Department of Labor, as well as all State Departments of Labor;
- Litigation of Employee Claims of Discrimination, Sexual Harassment, Entitlements under Family and Medical Leave, Wrongful Discharge and Disabilities;
- Training and instruction regarding preventing and handling harassment and discrimination in the workplace;
- Litigation of complex federal and state matters regarding ERISA, OSHA, EEOC, ADA, WARN, and Pension and Welfare matters at all levels.



## RONALD L. TOBIA

Ron Tobia began his career in labor law as Special Assistant to the National Labor Relations Board, Region 22. Following a 1969 clerkship with The Honorable Charles S. Joelson of the Superior Court of New Jersey, he served as attorney and mediator for the New Jersey Public Employment Relations Commission. He was a Labor Law Adjunct Professor at Rutgers University and Upsala College, and a lecturer in Labor Law for the Institute for Continuing Education. In 1971, Mr. Tobia became a Senior Partner with the law firm of Schwartz, Tobia & Stanziale where he chaired the firm's Management Labor and Employment Law Department.

Mr. Tobia served for fifteen (15) years as Special Labor Counsel and Special Litigation Counsel to the New Jersey Turnpike Authority (from 1991 to 2006) and for five (5) years to the Delaware River Joint Toll Bridge Commission (from 1999 to 2004), and for ten (10) years to Fisher Island Florida Community Association (from 1999 to 2009). Mr. Tobia also served as Special Labor Counsel to the Associated General Contractors of New Jersey (from 2000 to 2003) and currently serves as Special Labor Counsel to the Utility and Transportation Contractors Association of New Jersey (since 1978), a position he has held for over thirty (30) years). In addition, Mr. Tobia has extensive experience in the representation of Taft/Hartley Funds. Since 1972, he has continuously served as management trustee counsel to the Multiskilled Funds and also currently represents I.B.E.W. Local 164 Funds as the management counsel.

In representing his clients, Mr. Tobia has successfully negotiated collective bargaining agreements with almost every major trade union in the State of New Jersey. Mr. Tobia brings to the bargaining table extensive experience in management labor relations in both the public and private sectors. Mr. Tobia handles all types of litigation, including NLRB and PERC proceedings, strikes and picketing, federal and state labor, discrimination and harassment litigation, contract negotiations, administration and arbitrations. He also has considerable expertise in the construction industry. Because of his broad experience in the management-labor relations area, Mr. Tobia is frequently called upon by trade organizations to conduct seminars on labor relations issues.

BAR ADMISSIONS:

    State of New Jersey, 1970
    State of Florida, 1969
    United States District Courts:
        District of New Jersey
        Southern and Eastern Districts of New York
        Southern District of Florida

EDUCATION:

    University of Miami School of Law, J.D., 1969
    Lafayette College, B.A., 1966



PROFESSIONAL AFFILIATIONS:

    American Bar Association
    New Jersey State Bar Association
    Essex County Bar Association
    Florida Bar Association
    American Arbitration Association
    Industrial Relations Research Association
    Labor Law Society, University of Miami School of Law
    President, 1969 and Charter Member, 1968

AWARDS & DISTINCTIONS:

    "Man of the Year" Award, 1990, by Associated Builders &
      Contractors of Northern NJ
    "Best Lawyers in America," 1987 - present
    "Who's Who in American Law," 1990 - present
    Dean's List: University of Miami School of Law
    Dean's List: Lafayette College
    History Honors: Lafayette College
    Law Course Distinctions: Labor Law (1st); Trusts &
      Wills (2nd)

PUBLIC AUTHORITIES REPRESENTED

    New Jersey Turnpike Authority (from 1991 to 2006)
    Delaware River Joint Toll Bridge Commission (from 1999 to 2004)

TAFT-HARTLEY FUNDS EXPERIENCE:

    Multi-Skilled Employees and Employers Welfare Fund
        Counsel to Management Trustees since 1972
    Multi-Skilled Employees and Employers Apprenticeship & Training Fund
        Counsel to Management Trustees since 1990
    International Association of Long Shoreman's Funds
        Special Counsel since 2004
    Local 164, I.B.E.W. Welfare, Pension & Annuity Funds since 2008

PUBLICATIONS, RESEARCH AND PRESENTATIONS:

    "Labor Relations Corner" contributor for <u>Utility and Transportation Contractor</u> bimonthly publication.

    "Employer/Employee Rights," Utility and Transportation Contractors Association Executive Seminar Leader, 1991.

    "The Construction User Information Guide on Labor Law," Associated Builders & Contractors Association of Northern New Jersey, Construction Users Conference Booklet, 1988.



"New Developments in the Law on Double Breasting, Pre-Hire Agreements, and Handbilling in the Construction Industry," Associated Builders and Contractors of Northern New Jersey and the Associated Builders and Contractors of New Jersey, State Convention Leader, 1988.

"So You Think You're A Good Boss," Associated Builders and Contractors of Northern New Jersey Seminar Leader, 1988.

"Owner-Operators and the New Jersey Prevailing Wage Act," Utility and Transportation Contractors Association Board of Directors Meeting Presentation Leader, 1989.

"Preparing for Bargaining", New Jersey School Board Association - Negotiating News, November 1972.

"Equal Pay for Professional School Personnel," New Jersey School Board Association - Negotiating News, June 1973.

"Labor and Legal Process," University of Miami Law Review, Summer, 1969.

Thesis: "George W. Norris and Norris-LaGuardia Act, 1969.

"So You Think You're A Good Boss," Fisher Island Holdings Supervisor-Employee Labor Relations Seminar Leader, June 2005.

New Jersey Bar Association CLE Construction Labor Relations Seminar, June 2008

## ORGANIZATIONS

New Jersey Republican State Committee - Finance Co-chairman, (1993)
Montclair Kimberley Academy - Board of Trustees, 1985 to 1996
Whole Theatre of Montclair - Board of Trustees, 1987 to 1990
Our Lady of the Lake Church
New Jersey Bar Association - Labor Law Section
American Bar Association - Labor Law Section
Essex County Bar Association
Florida Bar Association - Labor Law Committee
American Arbitration Association
Industrial Relations Research Association
Labor Law Society of University of Miami School of Law -
    President, 1969 and Charter Member, 1968

## PUBLIC POSITIONS

State of New Jersey, Public Employment Relations Commission:
    Hearing Officer and Mediator (June 1970 - September 1971)
National Labor Relations Board, Region 22, Newark, New Jersey:
    Legal Assistant (June - September in 1967 and 1968)



### OTHER LEGAL EXPERIENCE

U.S. Army, Judge Advocate General Corps' Staff Legal Services Counselor, Ft. Jackson, South Carolina

### JUDICIAL CLERKSHIP

Honorable Charles S. Joelson, New Jersey Superior Court, Law Division, Passaic County (September 1969 - June 1970)

### TEACHING EXPERIENCE

Labor Law Society, University of Miami School of Law, Labor Management Relations
U.S. Army, Judge Advocate General Corps' Staff - Military and Civil Law
Rutgers University - Adjunct Professor - Public Sector Collective Bargaining
Upsala College - Adjunct Professor
New Jersey State Bar Association 1974 PERC Amendments Workshop
New Jersey School Board Association - School Board Negotiations, Mediation and Fact Finding

### ASSOCIATIONS REPRESENTED

Affiliated Heavy Construction Contractors, Inc.
Associated Builders and Contractors of Northern New Jersey, Inc. (1973 to 2002)
Associated Builders and Contractors, Inc. (National Association) (1973 to 2002)
Associated Contractors of Essex County, Inc. a/w Building Contractors Association of New Jersey, A.G.C.
Associated Contractors of Monmouth and Ocean Counties, Inc. a/w Building Contractors Association of New Jersey, A.G.C.
Associated Independent Contractors, Inc.
Building Contractors Association of New Jersey, a/w Associated General Contractors of America
Multi-Skilled Contractors Association, Inc.
National Home Builders Association, Inc. (National Association)
New Jersey Business Industry Association
Sheetmetal Contractors Association of Union, Morris, Somerset and Sussex Counties
Utility & Transportation Contractors Association of New Jersey



## JILL TOBIA SORGER

Jill Tobia Sorger is a Partner with her father, Ronald L. Tobia, Esq., in their firm of TOBIA & SORGER ESQS., LLC. Ms. Sorger has spent the last 13 plus years handling all aspects of litigation and management labor relations and employment law in the private and public sectors, in both New Jersey and Florida, including NLRB and PERC proceedings, strikes and picketing, federal and state labor, harassment and discrimination litigation, and contract negotiations, administration and arbitrations. Ms. Sorger was assigned primary responsibility for managing all labor matters at the New Jersey Turnpike Authority during the firm's representation of the Authority. Ms. Sorger also specializes in providing preventative training and advice to all types of employers, from physician practices and retail entities to construction companies, regarding harassment and discrimination in the workplace, and further specializes in obtaining WBE/MBE/DBE certifications for women, minority businesses and disadvantaged business enterprises. Ms. Sorger formerly worked at the New Jersey Public Employment Relations Commission (PERC) (1993-1995).

EDUCATION:

> J. D. - Seton Hall University School of Law, 1995
> B. A. - Columbia University, 1992

PROFESSIONAL AFFILIATIONS:

> American Bar Association
> New Jersey State Bar Association
> New York Bar Association
> Florida Bar Association

BAR ADMISSIONS:

> New Jersey Bar (1995)
> New York Bar (1996)
> Florida Bar (1996)
>
> United States District Courts:
> > District of New Jersey
> > Southern and Eastern Districts of New York
> > Southern District of Florida

PROFESSIONAL COMMITTEES:

> New Jersey State Attorney Ethics Committee



PUBLICATIONS:

"Labor Relations Corner" contributor for <u>Utility and Transportation Contractor</u> bimonthly publication.

*Recent articles include:*

- Have Your Reexamined Your Employee Handbook Lately?  December 2012
- NLRB Rules that Employers May Not Maintain a Blanket Policy Requiring Employees to Refrain from Discussing HR Investigations  October 2012
- NLRB Posting Requirements: What Every Employer Should Know  June 2012
- Placing The Union Fund Audit Under a Microscope  February 2012
- Department of Labor Notice to Employers on Record Keeping  December 2011
- Is This The End Of "Double-Breasting" As We Know It?  October 2011
- Wage and Hour Lawsuits: There's an App for That!  July 2011
- Funds Are Aggressively Pursuing Alleged Contribution Deficiencies: Have You Reviewed Your CBA Lately?  April 2011
- "STRICT Liability" for Subcontractor Delinquencies  February 2011
- Contractors Take Note: the OFCCP Announces an Increased Focus on EEO and Affirmative Action Requirements for Veterans and Individuals with Disabilities  May 2010
- Audits Revisited  March 2010
- Contractor Alert: COBRA Subsidy Extended and Expanded  January 2010
- NLRB Sustains An Employer's Right to Sue A Union  November 2009
- Paying Attention to Equal Employment Opportunity and Affirmative Action Compliance  September 2009
- New Jersey Paid Family Leave Revisited  July 2009
- Ex-Employee Theft of Company Data: A Growing Concern In A Declining Job Market  May 2010
- Contractor Alert: COBRA Subsidy in Economic Stimulus Package Imposes Many
- Immediate Responsibilities on Employers  March 2009
- Revisiting "Double-Breasting" ... Again  January 2009



## MICHAEL A. DeMARCO

Mr. DeMarco joined TOBIA & SORGER ESQS., LLC in January 2013. A 2010 graduate of New York Law School, he most recently worked in the Federal Public Defender's Office for the District of New Jersey where he conducted complicated legal research and participated in sentencing hearings. Mr. DeMarco is presently working within all areas of our practice.

EDUCATION:

    J. D. - New York Law School, New York, NY (2010)
    B. S. - Montclair State University, Montclair, NJ (2004)

PROFESSIONAL AFFILIATIONS:

    New Jersey State Bar Association

BAR ADMISSIONS:

    New Jersey Bar (2010)

    United States District Courts:
      District of New Jersey

AWARDS & DISTINCTIONS:
    Dean's List: Montclair State University, Montclair, NJ
    Dean's List: New York Law School, New York, NY



## REPRESENTATIVE CLIENTS

- A-One Waste Solutions, LLC
- Anselmi & DeCicco, Inc.
- Associated Independent Contractors
- B. Anthony Construction
- BAM Construction Group LLC
- Barbella Environmental Technology
- Bil-Jim Construction Company, Inc.
- Borough of Roselle
- Breen Trucking Services, Inc.
- C.B.F. Trucking, Inc.
- C.J. Hesse
- Camden Cty Community College
- Campanelli Companies
- Carbro Constructors Corp.
- Carson & Roberts
- Case Foundation Company
- Century 21 Construction
- City of Bayonne- Motby
- City of Linden
- Classic Sanitation
- Clayco Construction Company
- Conti Enterprises, Inc.
- Cornell & Company, Inc.
- Cornerstone Environmental
- Continental Service Systems
- Crown Roll Leaf, Inc.
- Crisdel Construction
- Cruz Construction Corp.
- Darling Delaware, Inc.
- Delaware River Joint Toll Bridge Commission
- Della Pello Construction Co., Inc.
- The Dermatology Group
- Di Giorgio Corp.
- Disch Construction, Inc.
- Dynair Services, Inc.
- Eastern Concrete Materials, Inc.
- EMCON
- EPIC/Synagro Technologies, Inc.
- Eastern Concrete Materials, Inc.
- Eastern Environmental, Inc.
- Ferreira Construction Co. Inc.
- Fisher Island Community Assn.
- Fleet Bank
- Fritze/Keyspan
- Geo-Con Constructors
- Green Construction, Inc.
- Hackensack Univ. Medical Center
- Happy Time Trucking, LLC
- IDT Corporation
- Integrated Construction Co., Inc.
- J. F. Kiely Construction, Inc.
- J. Fletcher Creamer & Son, Inc.
- J.H. Reid General Contractor
- J. D'Annunzio & Sons, Inc.
- J. Supor & Son Trucking & Rigging
- Jeffrey M. Brown Associates, Inc.
- Kor Companies
- Liberty Helicopters, Inc.
- Lighton Industries, Inc.
- Longo/Puerto Rico, Inc.
- Market Street Contractors, Inc.
- Mayrich Construction Corp.
- McKinney Drilling Company
- Keller Foundations
- Kiely Service Company
- Media News Group
- Metra Industries, Inc.
- Metro Homes, LLC
- Metropolitan Trucking
- Millennium Pipeline
- Montclair Orthopaedic Group
- Morgan Crucible Company, PLC
- Multi-Skilled Contractors Assn.
- NASDI, LLC
- Neshaminy Contractors
- Net2Phone
- New Jersey Turnpike Authority
- New York Bituminous
- North Jersey Health, P.A.
- O.A. Peterson Construction Co. Inc.
- Ocean County Landfill Corp.
- Okonite Company
- PKF-Mark III, Inc.
- Perini Construction, Inc.
- Platinum General Services, Inc.
- Prison Health Services, Inc.
- Property Management, LLC
- Rockefeller Group International, Inc.
- Rover & Son Iron & Steel Co., F.
- Seminole Construction, LLC
- Servidone Construction
- Siemens Energy, Inc.
- Slattery Skanska Inc.
- Siemens Energy, Inc.
- Solar Nation, Inc.
- Spiniello Companies
- Stavola Asphalt Construction
- Stone Industries, Inc.
- Stone Hill Contracting Co., Inc.



| | |
|---|---|
| Stratus Services Group | T. Sanchez Trucking, Inc. |
| Tarhell Construction | USA Concrete, Inc. |
| Tesla Corp. | Utility & Trans. Contractors Assn. |
| TEV Trucking | Vollers Excavating & Construction |
| The Dermatology Group | Vornado Realty Trust |
| Thalle Industries, Inc. | W.S. Hiler Trucking |
| Thomasville Furniture Stores | Waste Management, Inc. |
| Town of Newton | Weeks Marine, Inc. |
| Township of Wayne | White Rose Meats |
| TrevCon Construction Co., Inc. | Wilf Development Companies |
| Troy Chemical Corp. | Worth Construction, Inc. |